LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KEVIN J. SMILEY, | No. EDCV 22-00369 RAO |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of TWO THOUSAND SEVEN HUNDRED SIXTY DOLLARS AND 00/100 ($2,760.00), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: 9/13/2022    /s/
                      HON. ROZELLA A. OLIVER,
                      UNITED STATES MAGISTRATE JUDGE